1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| DECAGON DEVICES, INC. a Washington Corporation, and COASTAL ADMINISTRATIVE SERVICES, INC., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL ASSURANCE OF TENNESSEE, INC., a Tennessee Corporation, and AMERICAN FIDELITY ASSURANCE COMPANY, an Oklahoma Corporation,<br><br>Defendants. | No.<br><br>DEFENDANTS AMERICAN FIDELITY ASSURANCE COMPANY AND INTERNATIONAL ASSURANCE OF TENNESSEE, INC.'S NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and without waiving any defenses, Defendants American Fidelity Assurance Company ("AFA") and International Assurance of Tennessee, Inc. ("IAT") respectfully remove the civil action filed against it by plaintiffs Decagon Devices, Inc. ("Decagon") and Coastal Administrative Services, Inc. ("CAS") from the Superior Court of Washington, County of Whatcom, to the Seattle Division of the United States District Court for the Western District of Washington.

**I.      Removal is Proper Under 28 U.S.C. §§ 1441 and 1332**

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or

DEFENDANTS' JOINT NOTICE OF REMOVAL- 1

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone:  (206) 223-4226

1  defendants, to the district court of the United States for the district and division embracing the

2  place where such action is pending."  Each of these conditions is satisfied here.

3      **A.**    **This Court has original jurisdiction over this action**

4      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)

5  because there is complete diversity of citizenship between Defendants, AFA and IAT,  and

6  Plaintiffs,  Decagon and CAS, and Defendants have a good faith basis to believe the amount in

7  controversy exceeds $75,000.

8      Complete diversity exists in this matter.  Decagon and CAS are Washington Corporations

9  with their principal places of business in, respectively, Pullman and Bellingham, Washington.

10  **Attachment 1 (Complaint) at ¶ 1.1 & 1.2.** Neither Defendant is a citizen or resident of

11  Washington. IAT is a Tennessee Corporation with its principal place of business in Tennessee

12  and AFA is an Oklahoma Corporation with its principal place of business in Oklahoma.

13      Plaintiffs' complaint sets forth a dollar amount prayed for. Plaintiffs' complaint

14  specifically prays for relief as follows:

15

16          1.  Judgment against American Fidelity for $620,000.00 plus
           interest, attorney's fees and costs in compensatory damages;

17  **Attachment 1**  at p. 9.

18

19      Defendants deny that they caused Plaintiffs' alleged damages, but the allegations clearly

20  exceed the amount in controversy threshold of $75,000.

21      **B.**    **The Western District Embraces the Place Where the Action is Pending**

22      This notice of removal is properly directed to this Court pursuant to 28 U.S.C. § 1441

23  because this Court is "the district court of the United States for the district and division" within

24  which the state court action is pending.  Pursuant to 28 U.S.C. § 128(b), Whatcom County,

25  Washington, falls within the Western District of Washington, Seattle Division.

26  ///

DEFENDANTS' JOINT NOTICE OF REMOVAL- 2

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone:  (206) 223-4226

1

**II.    Removal is Procedurally Proper Under 28 U.S.C. § 1446**

2

Section 1446(a) provides:

3

A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and

4

division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing

5

a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or

6

defendants in such action.

7

Pursuant to this requirement, Defendants filed herewith as **Attachment 1** a copy of

8

plaintiffs' summons and complaint. Defendants also attach a complete copy of all other

9

pleadings and documents filed in the underlying state court action to the Declaration of

10

Stephanie Andersen, filed contemporaneously herewith, in compliance with the requirements set

11

forth in LCR 101(b).

12

Defendants' notice of removal also satisfies the relevant portions of §1446(b).  First, it is

13

timely.  Pursuant to § 1446(b)(1), a notice of removal in a civil action "shall be filed within 30

14

days after the receipt by the defendant, through service or otherwise, of a copy of the initial

15

pleading setting forth the claim for relief upon which such action or proceeding is based."  Here,

16

plaintiffs served AFA with the complaint through personal service on March 16, 2015. IAT was

17

served no earlier than March 16, 2015. Defendants have filed this notice within 30 days after

18

receipt of the complaint.

19

Second, the notice satisfies § 1446(b)(2).  All served defendants hereby consent to

20

removal and file this notice of removal jointly as evidence of such consent.

21

Finally, pursuant to § 1446(d), Defendants will file written notice of this removal with the

22

clerk of the Superior Court of Washington for Whatcom County and, pursuant to § 1446(d) and

23

LCR 101(b), will serve copies of the written notice and notice of removal to plaintiffs.

24

25

26

DEFENDANTS' JOINT NOTICE OF REMOVAL- 3

1    **III.    Intradistrict Assignment**

2          Pursuant to LCR 101 and 3(d), Defendants remove this action to the Seattle Division

3    because the State Court action was filed in Whatcom County, Washington.

4    **IV.    Conclusion**

5          Defendants respectfully remove to this Court the civil action filed against it by plaintiffs

6    in Case Number 15-2-00187-2 from the Superior Court of Washington for Whatcom County.

7

8          DATED this 13th day of April, 2015.

9                                            GORDON & POLSCER, L.L.C.

10                                           By: */s/ Stephanie Andersen*

11
                                             By: */s/ Ryan Hesselgesser*
12                                                Stephanie Andersen, WSBA #22250
                                                  Ryan Hesselgesser, WSBA #40720
13                                                Gordon & Polscer, L.L.C.
                                                  1000 Second Avenue, Suite 1400
14                                                Seattle, WA 98104
                                                  sandersen@gordon-polscer.com
15                                                rhesselgesser@gordon-polscer.com

16
                                             Attorneys for Defendants American Fidelity
17                                           Assurance Company & International Assurance of
                                             Tennessee
18

19

20

21

22

23

24

25

26

DEFENDANTS' JOINT NOTICE OF REMOVAL- 4

**CERTIFICATE OF SERVICE**

I, Sibel Abreu, hereby certify that on April 13, 2015, I caused the above pleading to be

served on the following:

**Attorney for Plaintiff Decagon Devices, Inc.**

Tom Mumford                           ☐  U.S. Mail
Buri Funston Mumford, PLLC            ☒  Hand Delivery
1601 F Street                         ☐  Telefax
Bellingham, WA 98225                  ☐  CM/ECF
tom@burifunston.com                   ☐  E-mail


**Attorneys for Plaintiff Coastal**
**Administrative Services, Inc.**
                                      ☒  U.S. Mail
Eliott Good                           ☐  Hand Delivery
Chorpenning, Good & Pandora Co., LPA  ☐  Telefax
605 S. Front St #210,                 ☐  CM/ECF
Columbus, OH 43215                    ☐  E-mail

and

Thomas Baisch
Thomas Baisch, PLLC                   ☐  U.S. Mail
601 Union Street, Suite 4200          ☒  Hand Delivery
Seattle, WA 98101                     ☐  Telefax
Thomas@baischlaw.com                  ☐  CM/ECF
                                      ☐  E-mail


I declare under penalty of perjury and the laws of the United States of America that the

foregoing is true and correct.

DATED this 13th day of April, 2015.


GORDON & POLSCER, L.L.C.


By: */s/ Sibel Abreu*                 _____
       Sibel Abreu, Paralegal

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone:  (206) 223-4226

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE - 6

**GORDON & POLSCER, L.L.C.**
9755 SW Barnes Road, Suite 650
Portland, OR  97225
Telephone:  (503) 242-2922